UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREANNA S.,

Plaintiff,

Case No. 25-cv-12907
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.
_______________________________________________/

**ORDER ON PLAINTIFF'S FORMAL STATEMENT AND RESPONSE TO SUMMARY JUDGMENT (ECF No. 14)**

On September 11, 2025, Plaintiff Breanna S., appearing *pro se*, filed this appeal of the denial of her applications for Social Security benefits. (*See* Compl., ECF No. 1.) On July 15, 2026, the Court issued an order requiring Breanna S. to file a motion for summary judgment by no later than August 7, 2026. (*See* Order, ECF No. 13.) In that order, the Court directed Breanna S. to file a motion as follows:

> In that motion, Breanna S. shall (1) identify the specific portions of the [Administrative Law Judge's ("ALJ")] ruling with which she disagrees and (2) with respect to each of those specific portions, identify legal authority that supports her position that the ALJ erred and/or explain in detail why the ALJ erred. Breanna S. may also make any additional arguments in support of her request for benefits so long as those arguments are supported by identified legal authority and/or specific citations to evidence in the administrative record. If Breanna S. fails to file a motion for summary judgment by August 7, 2026, or files a

> motion that does not comply with the requirements set forth in this paragraph, the Court will dismiss her Complaint.

(*Id.*, PageID.3995.)

Breanna S. filed a response to the Court's order on August 4, 2026. (*See* Resp., ECF No. 14.) In that response, Breanna S. did not identify any legal authority and/or citations to evidence in the administrative record that supports her appeal. Instead, she told the Court that she was both unable to represent herself and unable to obtain counsel on her behalf:

> Plaintiff and her mother [] – who has had to handle the administrative and clerical burdens due to Plaintiff's inability to do so alone as a result of her physical and mental impairments – have made exhaustive, good-faith efforts to secure legal counsel. Dozens of attorneys and legal entities were contacted. Every attorney declined the case solely because it is a federal proceeding, leaving Plaintiff completely stranded without legal recourse despite diligent efforts.

(*Id.*)

The Court is very sympathetic to Breanna S.'s condition(s). However, this case cannot move forward if Breanna S. does not file a summary judgment motion that identifies legal authority and/or citations to the administrative record that support her contention that the ALJ erred when the ALJ denied her applications for benefits. Rather than dismiss Breanna S.'s appeal at this time, the Court will provide

her one **final** opportunity to obtain counsel on her behalf.[1] The Court recommends that Breanna S. consult the State Bar of Michigan's website (https://www.michbar.org) to assist in her search for counsel. On that website, she can use the State Bar's "Lawyer Search" function to specifically search for a Social Security attorney by typing the phrase "Social Security" into the search bar. That search function and search bar can be found at https://lrs.michbar.org/Find-a-Lawyer.

Counsel shall file an Appearance on Breanna S.'s behalf by no later than **September 21, 2026**. If counsel does not file an Appearance by that date, the Court will dismiss this appeal without prejudice for failure to prosecute. Finally, Defendant Commissioner of Social Security need not file a motion for summary judgment by August 28, 2026, as the Court previously directed. The Court will set a new date for that motion, if necessary, if counsel appears for Breanna S. as directed above.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2026

[1] Breanna S. is, of course, free to represent herself. But she has indicated to the Court that she is not in a position to do so. (*See* Resp., ECF No. 14.)

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager