UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREANNA S.,

Plaintiff,

Case No. 25-cv-12907
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.
__________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 22, 2026
Detroit, Michigan